UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRODIGY FINANCE CM2021-2 DAC,

                Petitioner,

           v.

YANG CHEN,

                Respondent.

No. 25-CV-5635 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On July 8, 2025, Petitioner filed a petition to confirm a foreign arbitration award. Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioner shall file and serve any additional materials with which it intends to support their petition by August 7, 2025. Respondent's opposition is due on September 4, 2025. Petitioner's reply, if any, is due on September 18, 2025.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    July 10, 2025
             New York, New York

                                                   Ronnie Abrams
                                                   United States District Judge