UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRODIGY FINANCE CM2021-2 DAC,

                     Petitioner,

                v.

YANG CHEN,

                     Respondent.

No. 25-cv-5635 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 8, 2025, Petitioner filed the Petition, Dkt. No. 1., which seeks to confirm an arbitral award.  On July 10, 2025, the Court issued an initial order in this case, directing Respondent to file any opposition to the Petition by September 4, 2025.  Dkt. No. 8.  The July 10, 2025 order stated that "Petitioner shall serve a copy of this Order on Respondent."  *Id.*  On October 2, 2025, Plaintiff filed an affidavit of service, which stated that an "ORDER," among other documents, was served upon Respondent.  Dkt. No. 13.  No later than April 28, 2026, Petitioner shall clarify whether the "ORDER" served upon Respondent was the Court's July 10, 2025 order.

SO ORDERED.

Dated:      April 21, 2026
            New York, New York

                                  Ronnie Abrams
                                  United States District Judge